**Bobby Laythen BINFORD, Plaintiff–Appellant,**

v.

**Terry BENDA, Institutional Investigator; et al., Defendants–Appellees.**

No. 07–35706.

United States Court of Appeals, Ninth Circuit.

Submitted March 16, 2010.*

Filed March 30, 2010.

Bobby Laythen Binford, Walla Walla, WA, pro se.

Sara J. Olson, Esquire, AGWA—Office of the Washington Attorney General, Olympia, WA, for Defendants–Appellees.

Before: SCHROEDER, PREGERSON, and RAWLINSON, Circuit Judges.

## MEMORANDUM **

Bobby Laythen Binford, a Washington state prisoner, appeals pro se from the district court's summary judgment in his 42 U.S.C. § 1983 action alleging that defendants violated his civil rights. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Toguchi v. Chung*, 391 F.3d 1051, 1056 (9th Cir.2004). We affirm the summary judgment for the reasons

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

stated in the magistrate judge's report and recommendations entered on June 29, 2007, and adopted by the district court on July 27, 2007, 2007 WL 2193756.

We do not consider Binford's claims that were not properly raised below. *See Dodd v. Hood River County,* 59 F.3d 852, 863 (9th Cir.1995).

Binford's remaining contentions are unpersuasive.

**AFFIRMED.**